# UNITED STATES DISTRICT COURT
### for the
### Middle District Of North Carolina

_____ Division

| | |
|---|---|
| BRIDGET M. LONG | ) Case No. 1:26CV209 |
| | ) _(to be filled in by the Clerk's Office)_ |
| **Plaintiff(s)** | ) |
| _(Write the full name of each plaintiff who is filing this complaint._ | ) |
| _If the names of all the plaintiffs cannot fit in the space above,_ | ) Jury Trial: _(check one)_  ☐ Yes  ☒ No |
| _please write "see attached" in the space and attach an additional_ | ) |
| _page with the full list of names.)_ | ) |
| -v- | ) |
| | ) |
| | ) |
| WILLIAM L. OSTEEN, JR. | ) |
| | ) |
| **Defendant(s)** | ) |
| _(Write the full name of each defendant who is being sued. If the_ | ) |
| _names of all the defendants cannot fit in the space above, please_ | ) |
| _write "see attached" in the space and attach an additional page_ | ) |
| _with the full list of names.)_ | ) |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | BRIDGET M. LONG |
| Street Address | 704 MIDLAND AVENUE |
| City and County | THOMASVILLE / DAVIDSON |
| State and Zip Code | NORTH CAROLINA |
| Telephone Number | 336-762-3765 |
| E-mail Address | NONE |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

WILLIAM L. OSTEEN, JR.
U.S. FEDERAL DISTRICT COURT JUDGE
324 W. MARKET STREET
GREENSBORO / GUILFORD
NORTH CAROLINA / 27401
UNK.
UNK.

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Case 1:26-cv-00209-TDS-LPA    Document 1    Filed 03/05/26    Page 2 of 5

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Case 1:26-cv-00209-TDS-LPA    Document 1    Filed 03/05/26    Page 3 of 5

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

THE CLAIM IS SIX MILLION DOLLARS, THIS DEFENDANT WILLFULLY AND INTENTIONAL VIOLATED MY 14TH AMENDMENT U.S. CONSTITUTIONAL GUARANTEED RIGHTS UNDER FEDERAL LAW BY INTENTIONALLY AND WILLFUL EMPLOYMENT DISCRIMINATION WHICH WAS EMBRACED BY FED. DIST. COURT JUDGE WILLIAM L. OSTEEN, JR., IN HIS OPINION AND COURT ORDER DATED FEBRUARY 24, 2015 GRANTING A DISMISSAL ORDER RELATED TO EMPLOYMENT RETALIATION WHICH WAS DETERMINED BY THE U.S. EEOC IN THEIR INVESTIGATIVE FINDING OR FACTS. THIS IS ALSO AN OBSTRUCTION OF JUSTICE.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. THE PLAINTIFF IS ASKING THE COURTS TO MAKE ME HOLD OF ALL THE IRREPARABLE LIVELIHOOD DAMAGES FROM THE TIME THE RETALIATION BEGAN IN MY WORKPLACE UP UNTO THIS PRESENT TIME INCLUDING ALL TIME AND MONETARY VALUE ASSOCIATED WITH THIS CASE, ALL MEDICAL BILLS ASSOCIATED WITH PHYSICAL AND MENTAL ANGUISH, ALL TRAVEL EXPENSES, ALL FILING OF PROPER COURT RESPONSES TO DEFENDANTS MOTIONS, PROSECUTE ALL ACTION FOR VIOLATIONS OF FEDERAL LAW VIOLATIONS COMMITTED, INCLUDING JUDGE WILLIAM L. OSTEEN, JR. AND OTHERS INVOLVED IN FEDERAL LAW CRIMES. MAKE FULL PAYMENTS OF LOANS MADE TO ME BY ISAIAH GREEN, JR. IN MY CURRENT CASE PREPARATION BECAUSE I DIDN'T HAVE THE MONEY TO CONTEST MY CASE IN COURT, AND NO LAWYER WOULD TAKE MY CASE; THAT I SOUGHT TO HELP ME. BELIEVE THAT PUNITIVE DAMAGES ARE REQUESTED AND EXTREME DAMAGES BECAUSE I BELIEVE THAT THERE IS A CONSPIRACY INTENTION TO DESTROY MY LIFE AS A BLACK WOMAN SUING FOR RIGHT.

Case 1:26-cv-00209-TDS-LPA    Document 1    Filed 03/05/26    Page 4 of 5

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/5/2026

Signature of Plaintiff _BRIDGETTE M. LONG_

Printed Name of Plaintiff _Bridgetta M. Long_

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____

Page 5 of 5