IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BRIDGET M. LONG,                    )
                                    )
            Plaintiff,              )
                                    )
      v.                            )        1:26CV209
                                    )
WILLIAM L. OSTEEN, JR.,             )
                                    )
            Defendant.              )

**ORDER**

On April 3, 2026, the Opinion and Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b).  Plaintiff objected to the Recommendation.  (Doc. 6.)

The court has carefully reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination in accord with the Magistrate Judge's report.  The court finds that the objections do not change the substance of the Magistrate Judge's Recommendation, and the court therefore adopts the Recommendation.

IT IS THEREFORE ORDERED that this action is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

Plaintiff is warned that she is bound by Federal Rule of Civil Procedure 11 and that the filing of baseless and frivolous litigation is subject to the imposition of sanctions, including monetary sanctions and possible injunction against further

frivolous lawsuits, should Plaintiff persist in filing frivolous claims.

                                   /s/   Thomas D. Schroeder
                                   United States District Judge

April 23, 2026

2